Earl M. Smith, Executor of the Will of Frank A. Anderson, Deceased, Plaintiff-Appellant, v. Doctors' Service Bureau, Inc., an Illinois Corporation, Harry M. Peterson and Louis P. River, Defendants-Appellees.

Gen. No. 48,956.

First District, Third Division.
February 20, 1963.

Groble & O'Flaherty, of Chicago (Raymond H. Groble, Jr., of counsel), for appellant; Paul Manning, of Chicago (Robert C. Cross, of counsel), for appellees. Opinion by MR. PRESIDING JUSTICE DEMPSEY. Not to be published in full.